1  Robert M. Pattison (State Bar No. 103528)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   VANCE UNIFORMED PROTECTION
6  SERVICES, INC. (erroneously sued as
   VANCE INTERNATIONAL, INC., doing
7  business as VANCE UNIFORMED
   PROTECTION SERVICES)
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE HARRIS,                              | Case No. CV-07-5991 WHA
13 |       Plaintiff,                            | **CERTFICATE OF SERVICE**
14 | v.                                          | Complaint Filed: 09/11/07
                                                   Case Removed:   11/27/07
15 | VANCE INTERNATIONAL, INC., a                | Trial Date:     None Set
   | corporation, doing business as VANCE
16 | UNIFORMED PROTECTION SERVICES,
   | DOES 1 TO 10,
17
18 |       Defendants.

19
20         I, Belinda Vega, declare that I am employed with the law firm of Jackson Lewis
21 LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over
22 the age of eighteen (18) years and am not a party to this action.
23         On November 27, 2007, I served the attached **(1) CIVIL COVER SHEET;**
24 **(2) [*Filed endorsed*] NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28**
25 **U.S.C. §1441(a)]; (3) ECF Registration Information Handout; (4) WELCOME TO THE**
26 **U.S. DISTRICT COURT, SAN FRANCISCO; (5) ORDER SETTING INTIAL CASE**
27 **MANAGEMENT CONFERENCE AND ADR DEADLINES; (6) SUPPLEMENTAL**
28 **ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN**

---
                                              1

CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; and (7) NOTICE OF AVAILABILIT OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS [Form]; WAIVER OF SERVICE OF SUMMONS [Form] in this action by placing true and correct copies thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Albert L. Boasberg (SBN 31205)<br>Attorney at Law<br>Alexander Building<br>155 Montgomery St., Ste. 1010<br>San Francisco, CA 94104<br>Tel.: (415) 989-6960<br>Fax: (415) 989-6961 | Plaintiff<br><br>GEORGE HARRIS |

[X]   **BY MAIL**: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   **BY HAND DELIVERY**: I caused such envelope to be delivered by hand to the above address (via Western Messenger).

[ ]   **BY OVERNIGHT DELIVERY**: I caused such envelope to be delivered to the above address within 24 hours by overnight delivery service (via Overnite Express).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made; executed on November 27, 2007, at San Francisco, California.

_____
Belinda Vega