ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE HARRIS, | ) | No. CV-07-5991 WHA |
| | ) | |
| Plaintiff, | ) | DEMAND FOR TRIAL BY JURY |
| vs. | ) | |
| | ) | |
| VANCE INTERNATIONAL, INC., | ) | |
| etc., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To all parties herein:

      Plaintiff hereby demands trial by jury of the within-entitled cause.

Dated: December 4, 2007.                  /s/_____
                                                    ALBERT L. BOASBERG,
                                                    Attorney for Plaintiff