1  Robert M. Pattison (State Bar No. 103528)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   VANCE UNIFORMED PROTECTION
6  SERVICES, INC. (erroneously sued as
   VANCE INTERNATIONAL, INC., doing
7  business as VANCE UNIFORMED
   PROTECTION SERVICES)
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE HARRIS,                          | Case No. CV-07-5991 WHA
13 |              Plaintiff,                 |
   |                                         | **CERTIFICATE OF INTERESTED
14 |     v.                                  | ENTITIES [Civil Local Rule 3-16]**
15 | VANCE INTERNATIONAL, INC., a            |
   | corporation, doing business as VANCE    |
16 | UNIFORMED PROTECTION SERVICES,          |
   | DOES 1 TO 10,                           |
17 |                                         |
18 |              Defendants.                |

19

20 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

21 DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEY HEREIN:

22         PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant

23 VANCE UNIFORMED PROTECTION SERVICES, INC. hereby submits that the following

24 listed persons, associations of persons, firms, partnerships, corporations, or other entities, (i)

25 have a financial interest in the subject matter in controversy, or in a party to the proceeding, or

26 (ii) have a non-financial interest in that subject matter or in a party that could be substantially

27 affected by the outcome of the proceeding:

28         (a)    Vance International, Inc. and

---

1
CERTIFICATE OF INTERESTED ENTITITES
[Civil Local Rule 3-16]                                             Case No. CV-07-5991 WHA

(b)     Garda World Security Corporation, a Canadian company headquartered in Montreal, Quebec.

DATED: December 4, 2007                    Respectfully submitted,

JACKSON LEWIS LLP


By____*/s/ Robert M. Pattison*_____
    Robert M. Pattison
    Janine R. Hudson

Attorneys for Defendant
VANCE UNIFORMED PROTECTION SERVICES, INC. (erroneously sued as VANCE INTERNATIONAL, INC., doing business as VANCE UNIFORMED PROTECTION SERVICES)