02/08/2008 10:21 IFAX ecopy@jacksonlewis.com → Reception ☒002/002
02/08/2008 11:15 4159896961 ALBERT BOASBERG PAGE 02
Case 3:07-cv-05991-WHA   Document 9   Filed 02/08/2008   Page 1 of 1
02/08/2008 10:17 +15102760468 STAPLES 1394 PAGE 02/02
02/08/2008 11:00 4159896961 ALBERT BOASBERG PAGE 02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE HARRIS,

    Plaintiff(s),

v.

VANCE INTERNATIONAL, INC., a corporation, doing business as VANCE

    Defendant(s).

Case No. CV-07-5991 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/07/08

[Party] GEORGE HARRIS

Dated: 02/07/08

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05