UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 28, 2008

Case No.  C 07-05991 WHA

Title: GEORGE HARRIS v. VANCE INTERNATIONAL

Plaintiff Attorneys: Albert Boasberg

Defense Attorneys: Robert Pattison

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    CMC - HELD

2)

Disclosures: 3/7/08

Discovery Cutoff: 10/31/08

Designation of Experts: 10/31/08

Last Day to File Motion: 12/18/08


Continued to **2/23/09 at 2:00 pm** for Pretrial Conference

Continued to **3/9/09 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE.

Plaintiff dismisses the DOES defendants.