# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Harris,<br><br>        Plaintiff(s),<br><br>   v.<br><br>Vance International, Inc.,<br><br>        Defendant(s). | 07-05991 WHA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Morris J. Baller**
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Sutie 1000
Oakland, CA 94612
510-763-9800

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05991 WHA ENE                          - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2    5-8 shall NOT be filed with the court.

3

4    Dated: March 5, 2008

5                                     RICHARD W. WIEKING
                                      Clerk
6                                     by:    Claudia M. Forehand

7

8                                     ADR Case Administrator
                                      415-522-2059
9                                     Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Evaluator**
07-05991 WHA ENE                - 2 -