Robert M. Pattison (State Bar No. 103528)
Janine R. Hudson (State Bar No. 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant
VANCE UNIFORMED PROTECTION SERVICES, INC. (erroneously sued as VANCE INTERNATIONAL, INC., doing business as VANCE UNIFORMED PROTECTION SERVICES)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>VANCE INTERNATIONAL, INC., a corporation, doing business as VANCE UNIFORMED PROTECTION SERVICES, DOES 1 TO 10,<br><br>    Defendants. | Case No. CV-07-5991 WHA<br><br>**STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  September 11, 2007<br>Trial Date:  March 9, 2009 |

Plaintiff GEORGE HARRIS ("Plaintiff") and Defendant VANCE UNIFORMED PROTECTION SERVICES, INC., erroneously sued as VANCE INTERNATIONAL, INC., ("Defendant" or "Defendant Vance"), by and through their counsel of record, hereby stipulate and agree to the following:

1.  On February 7, 2008, the parties filed an ADR Certification with Joint Stipulation to the ADR Process, wherein the parties agreed to participate in Early Neutral Evaluation ("ENE"). On February 29, 2008, pursuant to the Court's Case Management Order, this matter was referred to Early Neutral Evaluation. The timeline to complete ENE was May 30, 2008.

1

2. On March 5, 2008, the parties received a Notice of Appointment of Evaluator assigning this matter to Morris J. Baller.

3. On April 2, 2008, Mr. Baller provided a tentative ENE schedule with May 19, 2008 as the proposed date for the ENE session. On April 10, 2008, Mr. Baller conducted the pre-ENE teleconference with counsel to discuss and finalize the ENE schedule. Due to various conflicts, Evaluator Baller and counsel agreed on June 6, 2008 for the ENE session.

4. The parties believe this brief extension to the ADR deadline will facilitate a more meaningful ENE session.

5. The parties request Court approval to extend the ADR deadline to June 6, 2008. The parties agree to conduct the ENE session on June 6, 2008 at 10:00 a.m.

Thereby, the parties respectfully request an extension of the ADR deadline to June 6, 2008.

Respectfully Submitted,

Date: April 15, 2008       JACKSON LEWIS LLP


By: /s/ Janine R. Hudson
Robert M. Pattison
Janine R. Hudson
Attorneys for Defendant
VANCE UNIFORMED PROTECTION SERVICES, INC. (erroneously sued as VANCE INTERNATIONAL, INC., doing business as VANCE UNIFORMED PROTECTION SERVICES)

Dated: April ___, 2008       Attorney at Law


By:_____
Albert L. Boasberg
Attorney for Plaintiff
GEORGE HARRIS

///

///

///

2

STIPULATION TO EXTEND ADR DEADLINE
AND [PROPOSED] ORDER                                                  Case No. CV-07-5991 WHA

04/15/2008 13:28 IFAX ecopy@jacksonlewis.com → Reception 002/002
04/15/2008 13:23 4159896961 ALBERT BOASBERG PAGE 02

2. On March 5, 2008, the parties received a Notice of Appointment of Evaluator assigning this matter to Morris J. Baller.

3. On April 2, 2008, Mr. Baller provided a tentative ENE schedule with May 19, 2008 as the proposed date for the ENE session. On April 10, 2008, Mr. Baller conducted the pre-ENE teleconference with counsel to discuss and finalize the ENE schedule. Due to various conflicts, Evaluator Baller and counsel agreed on June 6, 2008 for the ENE session.

4. The parties believe this brief extension to the ADR deadline will facilitate a more meaningful ENE session.

5. The parties request Court approval to extend the ADR deadline to June 6, 2008. The parties agree to conduct the ENE session on June 6, 2008 at 10:00 a.m.

Thereby, the parties respectfully request an extension of the ADR deadline to June 6, 2008.

Respectfully Submitted,

Date: April ___, 2008

JACKSON LEWIS LLP

By: _____
Robert M. Pattison
Janine R. Hudson
Attorneys for Defendant
VANCE UNIFORMED PROTECTION SERVICES, INC. (erroneously sued as VANCE INTERNATIONAL, INC., doing business as VANCE UNIFORMED PROTECTION SERVICES)

Dated: April ___, 2008

Attorney at Law

By: _____
Albert L. Boasberg
Attorney for Plaintiff
GEORGE HARRIS

///
///
///

2

STIPULATION TO EXTEND ADR DEADLINE
AND [PROPOSED] ORDER                                    Case No. CV-07-5991 WHA

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby extends the ADR deadline to June 6, 2008.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

H:\V\Vance International, Inc (89616)\Harris, George (116107)\Pleadings\20080411 Joint Stipulation to Extend ADR Deadline; and (Proposed) Order.doc  April 11, 2008

3

STIPULATION TO EXTEND ADR DEADLINE
AND [PROPOSED] ORDER                                                           Case No. CV-07-5991 WHA