**FILED**

JUN 0 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| Harris, | No. C 07-05991 WHA ENE |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Vance International, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __6/6/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☐ no   N/A

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __6/6/08__                            _[signature] Morris Baller_

Evaluator, Morris J. Baller
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Sutie 1000
Oakland, CA 94612

Certification of ADR Session
07-05991 WHA ENE