Robert M. Pattison (State Bar No. 103528)
John M. Cowden (State Bar No. 224963)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Albert L. Boasberg (State Bar No. 31205)
Attorney at Law
Alexander Building
155 Montgomery St., Ste. 1010
San Francisco, CA 94104
Tel.: (415) 989-6960
Fax: (415) 989-6961

Attorneys for Defendant
VANCE UNIFORMED PROTECTION
SERVICES, INC. (erroneously sued as
VANCE INTERNATIONAL, INC., doing
business as VANCE UNIFORMED
PROTECTION SERVICES)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VANCE INTERNATIONAL, INC., a corporation, doing business as VANCE UNIFORMED PROTECTION SERVICES, DOES 1 TO 10,<br><br>　　　　　Defendants. | Case No. CV-07-5991 WHA<br><br>**JOINT STIPULATION FOR REASSIGNMENT TO MAGISTRATE JUDGE**<br><br>Date:　　N/A<br>Time:　　N/A<br>Ctrm.:　　9, 19th Fl.<br>Judge:　　Hon. William H. Alsup<br><br>Complaint: 9/11/2007<br>Trial Date: 3/9/2009 |

JOINT STIPULATION FOR REASSIGNMENT TO MAGISTRATE JUDGE　　　Case No. CV-07-5991 WHA

Pursuant to the Court's Notice dated November 5, 2008 (copy attached), plaintiff George Harris ("Plaintiff") and defendant Vance Uniformed Protection Services, Inc. ("Defendant") jointly stipulate to reassignment to Magistrate Judge Edward Chen.

Dated: November 21, 2008           JACKSON LEWIS LLP

                                   By:   s/Punam Sarad
                                         Robert M. Pattison
                                         John M. Cowden
                                         Punam Sarad
                                         Attorneys for Defendant
                                         VANCE UNIFORMED PROTECTION
                                         SERVICES, INC.

Approved as to form:

Dated: November 21, 2008           ALBERT L. BOASBERG

                                   By:   s/Albert L. Boasberg
                                         Albert L. Boasberg
                                         Attorneys for Plaintiff
                                         GEORGE HARRIS

**IT IS SO ORDERED.**

Dated: November 26, 2008

                                         _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

---

1

Joint Stipulation for Reassignment to Magistrate Judge         Case No. CV-07-5991 WHA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HARRIS,

    Plaintiff,

v.

VANCE INTERNATIONAL INC., a corporation doing business as VANCE UNIFORMED PROTECTION SERVICES, and DOES 1 to 10,

    Defendants.

No. C 07-05991 WHA

NOTICE

**NOTICE TO ALL WHOSE TRIALS ARE SET BETWEEN NOW AND NEXT APRIL 30, 2009:**

The undersigned has a long capital trial that will be underway when your trial was set which will take precedence. The Court requests counsel to jointly stipulate to a magistrate judge of their mutual choice or stipulate to a bench trial that could be held in the afternoons after the capital case. If counsel agree on a magistrate judge, then the re-assignment can be contingent on working out a mutually agreeable schedule with the magistrate judge. Failing such agreement, the Court may ask another district judge to accept a re-assignment of the case. Please respond jointly by **NOVEMBER 26, 2008**, in writing. Despite the foregoing, please adhere to the existing schedule and be prepared to try your case on schedule in the event that the undersigned can do so due to unforeseen developments in the capital case.

Dated: November 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE