1  Robert M. Pattison (State Bar No. 103528)
   John M. Cowden (State Bar No. 224963)
2  Punam Sarad (State Bar No. 217091)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5
   Attorneys for Defendant
6  VANCE UNIFORMED PROTECTION
   SERVICES, INC. (erroneously sued as
7  VANCE INTERNATIONAL, INC.,
   doing business as VANCE UNIFORMED
8  PROTECTION SERVICES)

9  Albert L. Boasberg (SBN 31205)
   Attorney at Law
10 Alexander Building
   155 Montgomery St., Ste. 1010
11 San Francisco, CA 94104
   Tel.: (415) 989-6960
12 Fax: (415) 989-6961

13 Attorneys for Plaintiff
   GEORGE HARRIS
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 GEORGE HARRIS,                          Case No. CV-07-5991 EMC

18           Plaintiff,
                                           **JOINT STIPULATION FOR**
19      v.                                 **DISMISSAL WITH PREJUDICE** ; ORDER

20 VANCE INTERNATIONAL, INC., a            [F.R.C.P. 41(a)(1)(i)]
   corporation, doing business as VANCE
21 UNIFORMED PROTECTION SERVICES,
   DOES 1 TO 10,
22
23           Defendants.

24

25       The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule

26 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is

27 //

28 //

                                              1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE                       Case No. CV-07-5991 EMC

1  dismissed with prejudice, each party to bear its own attorney's fees and costs.

2

3  Dated: August 19, 2009

4  ALBERT L. BOASBERG
   Attorneys for Plaintiff
5  George Harris

6

   JACKSON LEWIS LLP
7

8  Dated: August 19, 2009

9  ROBERT M. PATTISON
   JOHN M. COWDEN
10 PUNAM SARAD
   Attorneys for Defendant
11 Vance Uniformed Protection
   Services, Inc. (erroneously sued as
12 Vance International, Inc.,
   doing business as Vance Uniformed
13 Protection Services)

14

15 IT IS SO ORDERED.

16

17

18 UNITED STATES DISTRICT COURT JUDGE
                MAGISTRATE
19

20 Dated: August 24, 2009

21

22

23

24

25

26

27

28

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE                    Case No CV-07-5991 EMC